UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

YREKA WESTERN RAILROAD COMPANY,

        Plaintiff,

    v.

EDWARD A. TAVARES, ROSEMARY T. TAVARES, and PLM LENDER SERVICES, INC.,

        Defendants.
_____/

NO. CIV. 2:11-1868 WBS CMK

<u>ORDER</u>

----oo0oo----

        Plaintiff has filed a motion for a temporary restraining order against defendants Edward A. Tavares, Rosemary T. Tavares, and PLM Lender Services, Inc.  Plaintiff shall serve defendants by July 27, 2011.  Defendants may file a response by August 1, 2011, and plaintiff may file a reply by August 3, 2011.  The court will hold oral argument on August 8, 2011, at 2:00 p.m. in Courtroom No. 5.

        IT IS SO ORDERED.

DATED: July 25, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1