DAVID E. FRANK (SBN 125122)
LORI J. GUALCO (SBN 95232)
FRANK LAW GROUP, P.C.
1517 Lincoln Way
Auburn, CA 95603
(530) 887-8585
(530) 887-8586

Attorneys for Defendants
EDWARD A. AND ROSEMARY T. TAVARES

UNITIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YREKA WESTERN RAILROAD COMPANY,<br><br>Plaintiff,<br>v.<br><br>EDWARD A. TAVARES, ROSEMARY T. TAVARES, PLM LENDER SERVICES, INC.,<br><br>Defendants. | **CASE NO. 2:11-CV-01868-WEBS-CMK**<br><br>**ORDER ON DEFENDANTS' STIPULATION WITHOUT PREJUDICE TO TEMPORARY RESTRAINING ORDER** |

Pursuant to Plaintiff's Ex Parte Motion for Temporary Restraining Order and Defendants' Stipulation Without Prejudice to Temporary Restraining Order, it is hereby ordered that pending further proceedings in this court, Defendants EDWARD A. TAVARES, ROSEMARY T. TAVARES, and PLM LENDER SERVICES, INC., and their respective agents, servants, employees and attorneys, and those in active concert with them, ARE HEREBY TEMPORARILY RESTRAINED and ENJOINED:

a) From proceeding with any sale of Plaintiff's property with respect to the Notice of Default, Trustee's Sale No. 201-060375, Loan No. YREKA Title Order No. 5177565;

b) From selling Plaintiff's real property located at 300 East Miner, Yreka, CA, namely, Siskiyou County Assessor's Parcel Numbers 054-191-360, 054-191-380 and 054-191-490); and,

c) From conducting a unified non-judicial foreclosure sale of any of Plaintiff's personal property, as part of any sale of the foregoing real property pursuant

to the Notice of Default, Trustee's Sale No. 201-060375, Loan No. YREKA Title Order No. 5177565; and

d) From selling or seizing any of Plaintiff's tangible or intangible property or accounts, pursuant to the Notice of Default, Trustee's Sale No. 201-060375, Loan No. YREKA Title Order No. 5177565.

The above Temporary Restraining Order is effective upon Plaintiff's filing an undertaking in the sum of $25,000.00, in accordance with F.R.C.P 65(c), and shall remain in effect until a hearing is conducted on September 26, 2011 at 2:00 p.m. in Courtroom 5 to determine whether a preliminary injunction should issue pending trial of this action.

This Temporary Restraining Order is issued without prejudice to Defendants' rights to challenge the legal and evidentiary basis for Plaintiff's claims for relief and Defendant's right to move to dissolve this order pursuant to F.R.C.P. 65(b)(4). Defendants' opposition papers to Plaintiff's motion for preliminary injunctive relief shall be filed and served no later than September 12, 2011 and Plaintiff's reply papers shall be filed and served no later than September 19, 2011. The parties through counsel shall promptly notify the Court in writing if the case settles.

Dated: August 3, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON DEFENDANTS' STIPULATION WITHOUT PREJUDICE TO TEMPORARY RESTRAINING ORDER