DAVID E. FRANK (SBN 125122)
LORI J. GUALCO (SBN 95232)
FRANK LAW GROUP, P.C.
1517 Lincoln Way
Auburn, CA 95603
Tel: (530) 887-8585
Fax: (530) 887-8586

Attorneys for Defendants
EDWARD A. AND ROSEMARY T. TAVARES

MICHAEL COGAN (SBN 65479)
Attorney at Law
1388 Court Street, Suite E
Redding, CA 96001
Tel: (530) 246-1112
Fax: (530) 243-6079

Attorneys for Plaintiff
YREKA WESTERN RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| YREKA WESTERN RAILROAD COMPANY, Plaintiff, v. EDWARD A. TAVARES, ROSEMARY T. TAVARES, PLM LENDER SERVICES, INC., Defendants. | CASE NO. 2:11-CV-01868-WBS-CMK **STIPULATION EXTENDING TIME FOR TAVARES DEFENDANTS TO FILE RESPONSIVE PLEADING AND ORDER THEREON** |
|---|---|

IT IS HEREBY STIPULATED BETWEEN THE PARTIES, by and through their respective counsel, as follows:

1. The summons and complaint were served on Edward A. Tavares and Rosemary T. Tavares ("Tavares Defendants") on or about July 27, 2011, thereby requiring a responsive pleading to be filed by August 17, 2011.

/ / /

1

**STIPULATION EXTENDING TIME FOR TAVARES DEFENDANTS TO FILE RESPONSIVE PLEADING AND ORDER THEREON**

2. The parties are conducting confidential settlement negotiations and want to extend the time for a responsive pleading to be due for the Tavares Defendants.

3. Plaintiff and the Tavares Defendants hereby agree to extend the due date for a responsive pleading to be filed to and including September 7, 2011.

Dated: August _12__, 2011                FRANK LAW GROUP, P.C.


By /s/_____
    LORI J. GUALCO
Attorneys for Defendants EDWARD A. TAVARES
AND ROSEMARY T. TAVARES


Dated: August __11_, 2011                MICHAEL COGAN


/s/_____
    MICHAEL COGAN
Attorney for Plaintiff YREKA WESTERN
RAILROAD COMPANY


**ORDER**

Based on the above Stipulation, it is so ORDERED.

Dated: August 15, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

**STIPULATION EXTENDING TIME FOR TAVARES DEFENDANTS TO FILE RESPONSIVE PLEADING AND ORDER THEREON**