DAVID E. FRANK (SBN 125122)
LORI J. GUALCO (SBN 95232)
FRANK LAW GROUP, P.C.
1517 Lincoln Way
Auburn, CA 95603
Tel: (530) 887-8585
Fax: (530) 887-8586

Attorneys for Defendants
EDWARD A. AND ROSEMARY T. TAVARES

MICHAEL COGAN (SBN 65479)
Attorney at Law
1388 Court Street, Suite E
Redding, CA 96001
Tel: (530) 246-1112
Fax: (530) 243-6079

Attorneys for Plaintiff
YREKA WESTERN RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YREKA WESTERN RAILROAD COMPANY,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>EDWARD A. TAVARES, ROSEMARY T. TAVARES, PLM LENDER SERVICES, INC.,<br><br>　　　　　　　Defendants. | CASE NO. 2:11-CV-01868-WBS-CMK<br><br>**SECOND STIPULATION EXTENDING TIME FOR TAVARES DEFENDANTS TO FILE RESPONSIVE PLEADING AND ORDER THEREON** |

　　　　IT IS HEREBY STIPULATED BETWEEN THE PARTIES, by and through their respective counsel, as follows:

　　　　1.　　The summons and complaint were served on Edward A. Tavares and Rosemary T. Tavares ("Tavares Defendants") on or about July 27, 2011, thereby requiring a responsive pleading to be filed by August 17, 2011.

/ / /

2. On August 15, 2011, the Court entered a Stipulation Extending Time for Tavares Defendants to File Responsive Pleading and Order Thereon extending the due date for a responsive pleading to September 7, 2011.

3. The parties are continuing to conduct confidential settlement negotiations and want to extend the time for a responsive pleading to be due for the Tavares Defendants.

4. Plaintiff and the Tavares Defendants hereby agree to extend the due date for a responsive pleading to be filed to and including September 16, 2011.

Dated: August 26, 2011          FRANK LAW GROUP, P.C.


By /s/ Lori J. Gualco
      LORI J. GUALCO
Attorneys for Defendants EDWARD A. TAVARES
AND ROSEMARY T. TAVARES


Dated: August 26, 2011          MICHAEL COGAN


/s/ Michael Cogan (as authorized on 8/26/11)
      MICHAEL COGAN
Attorney for Plaintiff YREKA WESTERN
RAILROAD COMPANY


**ORDER**

Based on the above Stipulation, it is so ORDERED.

Dated: August 31, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE