MICHAEL COGAN (SBN 65479)
Attorney at Law
1388 Court Street, Suite E
Redding, CA 96001
(530)246-1112
(530)243-6079 Fax

Attorneys for Plaintiff
**Yreka Western Railroad**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

---o0o—

| | |
|---|---|
| YREKA WESTERN RAILROAD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD A. TAVARES, ROSEMARY T. TAVARES, PLM LENDER SERVICES, INC.<br><br>Defendant | CASE No. 2:11-CV-01868-WBS-CMK<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND CONTINUING HEARING ON TEMPORARY RESTRAINING ORDER** |

Pursuant to the Stipulation of the parties, it is hereby ordered that the hearing on the Order on Defendants' Stipulation Without Prejudice to Temporary Restraining Order issued by the Court, dated August 3, 2011, filed August 4, 2011, shall be conducted on November 7, 2011 at 2:00 p.m. in Courtroom 5.

The Temporary Restraining Order issued by the Order on Defendants' Stipulation Without Prejudice to Temporary Restraining Order issued by the Court, dated August 3, 2011, filed August 4, 2011, shall remain in effect until the hearing is conducted on November 7, 2011 at 2:00 p.m.

Order Extending Temporary Restraining Order and Continuing Hearing on Temporary Restraining Order

1  Defendants opposition papers to Plaintiff's motion for preliminary injunctive
2  relief shall be filed and served no later than October 24, 2011 and Plaintiff's reply
3  papers shall be filed and served no later than October 31, 2011.
4  Dated: September 14, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Pursuant to Local Rule 131 (c), this proposed order was prepared by Michael Cogan, attorney for Plaintiff.

Dated: September 13, 2011

*/s/ Michael Cogan*