1   DAVID E. FRANK (SBN 125122)
    LORI J. GUALCO (SBN 95232)
2   FRANK LAW GROUP, P.C.
    1517 Lincoln Way
3   Auburn, CA 95603
    Tel:  (530) 887-8585
4   Fax: (530) 887-8586

5   Attorneys for Defendants
    EDWARD A. AND ROSEMARY T. TAVARES
6

7   MICHAEL COGAN (SBN 65479)
    Attorney at Law
8   1388 Court Street, Suite E
    Redding, CA 96001
9   Tel:  (530) 246-1112
    Fax: (530) 243-6079
10

    Attorneys for Plaintiff
11  YREKA WESTERN RAILROAD COMPANY

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

15  YREKA WESTERN RAILROAD COMPANY,   CASE NO. 2:11-CV-01868-WBS-CMK

16                        Plaintiff,   **FOURTH STIPULATION EXTENDING**
                                       **TIME FOR TAVARES DEFENDANTS**
17         v.                          **AND PLAINTIFF TO FILE**
                                       **RESPONSIVE PLEADINGS,**
18  EDWARD A. TAVARES, ROSEMARY T.     **CONTINUING THE HEARING DATE**
    TAVARES, PLM LENDER SERVICES, INC.,   **ON PRELIMINARY INJUNCTION,**
19                                     **CONTINUING THE SCHEDULING**
                          Defendants.  **CONFERENCE, AND SCHEDULING A**
20                                     **SETTLEMENT CONFERENCE**

21

22         IT IS HEREBY STIPULATED BETWEEN THE PARTIES, by and through their

23  respective counsel, as follows:

24

25

26                                 1

27

28  **FOURTH STIPULATION EXTENDING TIME FOR TAVARES DEFENDANTS AND PLAINTIFF TO FILE RESPONSIVE**
    **PLEADINGS, CONTINUING THE HEARING DATE ON PRELIMINARY INJUNCTION, CONTINUING THE SCHEDULING**
    **CONFERENCE, AND SCHEDULING A SETTLEMENT CONFERENCE**

1.     The summons and complaint were served on Edward A. Tavares and Rosemary T. Tavares ("Tavares Defendants") on or about July 27, 2011, thereby requiring a responsive pleading to be filed by August 17, 2011.

2.     On August 31, 2011, the Court entered a Second Stipulation Extending Time for Tavares Defendants to File Responsive Pleading and Order Thereon extending the due date for a responsive pleading to September 16, 2011.

3.     The parties are continuing to conduct confidential settlement negotiations and want to extend the time for a responsive pleading to be due for the Tavares Defendants.

4.     Based on a Third Stipulation Extending Time for Tavares Defendants to File Responsive Pleading and Order Thereon, the Court extended the due date for the Tavares responsive pleading to be filed to and including October 24, 2011.

5.     Plaintiff and Tavares Defendants hereby agree to extend the due date for the Tavares responsive pleading to be filed on November 21, 2011.

6.     Plaintiff and Tavares Defendants agree to continue the hearing on the Order on Plaintiff's Motion for Preliminary Injunction (Docket No. 8) and Plaintiff's Ex Parte for TRO re Preliminary Injunction (Docket No. 11) from November 7, 2011 to **December 5, 2011 at 2:00 p.m**. to be held in Courtroom 5 (14th Floor) before Judge William B. Shubb, with Defendants' Opposition papers to be filed and served no later than November 14, 2011 and Plaintiff's Reply papers to be filed and served no later than November 21, 2011.

7.     Plaintiff and Tavares Defendants agree to conduct a settlement conference with Magistrate Judge Gregory G. Hollows, at **1:30 p.m. on Wednesday, November 9, 2011** in Magistrate Judge Hollow's chambers, with the required appearance of counsel and the parties with full authority to settle.

8.      Plaintiff and Tavares Defendants agree that the Status (Pretrial Scheduling) Conference scheduled for October 31, 2011 at 2:00 p.m. be continued to **January 9, 2012 at 2:00 p.m.** to be held in Courtroom 5 (14th Floor) before Judge William B. Shubb.

9.      Plaintiff and Tavares Defendants agree the Temporary Restraining Order shall remain in effect until the next hearing on November 28, 2011.

Dated: October 24, 2011                FRANK LAW GROUP, P.C.


                                        By  /s/ Lori J. Gualco
                                              LORI J. GUALCO
                                        Attorneys for Defendants EDWARD A. TAVARES
                                        AND ROSEMARY T. TAVARES



Dated: October 23, 2011                MICHAEL COGAN


                                        /s/ Michael Cogan (as authorized on 10/23/11)
                                              MICHAEL COGAN
                                        Attorney for Plaintiff YREKA WESTERN
                                        RAILROAD COMPANY



## ORDER

Based on the above Stipulation, IT IS SO ORDERED.


                                        Dated  October 24, 2011

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

3

**FOURTH STIPULATION EXTENDING TIME FOR TAVARES DEFENDANTS AND PLAINTIFF TO FILE RESPONSIVE PLEADINGS, CONTINUING THE HEARING DATE ON PRELIMINARY INJUNCTION, CONTINUING THE SCHEDULING CONFERENCE, AND SCHEDULING A SETTLEMENT CONFERENCE**