MICHAEL COGAN (SBN 65479)
Attorney at Law
1388 Court Street, Suite E
Redding, CA   96001
(530)246-1112
(530)243-6079 Fax

Attorneys for Plaintiff
YREKA WESTERN RAILROAD COMPANY

DAVID E. FRANK (SBN 125122)
LORI J. GUALCO (SBN 95232)
FRANK LAW GROUP, P.C.
1517 Lincoln Way
Auburn, CA  95603
(530) 887-8585
(530) 887-8586

Attorneys for Defendants
EDWARD A. AND ROSEMARY T. TAVARES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| YREKA WESTERN RAILROAD COMPANY,<br><br>                              Plaintiff,<br><br>vs.<br><br>EDWARD A. TAVARES, ROSEMARY T. TAVARES, PLM LENDER SERVICES, INC.<br><br>                              Defendant | CASE No. 2:11-CV-01868-WBS-CMK<br><br>**STIPULATION EXTENDING TEMPORARY RESTRAINING ORDER TO HEARING ON DECEMBER 5, 2011** |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES AS FOLLOWS:

1.  The Temporary Restraining Order issued by the Order on Defendants'

Stipulation Without Prejudice to Temporary Restraining Order issued by the

Court, dated August 3, 2011, filed August 4, 2011, shall remain in effect until the

1

1   hearing is conducted on December 5, 2011.

2        Dated: October 26, 2011

3

4                           /s/ *Michael Cogan*
                        MICHAEL COGAN, attorney for
YREKA WESTERN RAILROAD.

5                           COMPANY

6        Dated: October 26, 2011

                        FRANK LAW GROUP, P.C.

7

8                           /s/ *Lori J. Gualco*
                        By:  LORI J. GUALCO , attorney for

9                           EDWARD A. AND ROSEMARY T.
TAVARES

10

11

12                           **ORDER**

13

14   Based on the above Stipulation, IT IS SO ORDERED.

     Dated:  October 27, 2011

15

16   WILLIAM B. SHUBB

17   UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2

Stipulation Extending Temporary Restraining Order and Continuing Hearing on Temporary Restraining Order