MICHAEL COGAN (SBN 65479)
Attorney at Law
1388 Court Street, Suite E
Redding, CA 96001
(530)246-1112
(530)243-6079 Fax

Attorneys for Plaintiff
YREKA WESTERN RAILROAD COMPANY


DAVID E. FRANK (SBN 125122)
LORI J. GUALCO (SBN 95232)
FRANK LAW GROUP, P.C.
1517 Lincoln Way
Auburn, CA 95603
(530) 887-8585
(530) 887-8586

Attorneys for Defendants
EDWARD A. AND ROSEMARY T. TAVARES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| YREKA WESTERN RAILROAD COMPANY,<br><br>                Plaintiff,<br><br>vs.<br><br>EDWARD A. TAVARES,<br>ROSEMARY T. TAVARES,<br>PLM LENDER SERVICES, INC.<br><br>                Defendant | CASE No. 2:11-CV-01868-WBS-CMK<br><br>**STIPULATION EXTENDING TEMPORARY RESTRAINING ORDER TO HEARING ON DECEMBER 5, 2011** |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES AS FOLLOWS:

1. The Temporary Restraining Order issued by the Order on Defendants' Stipulation Without Prejudice to Temporary Restraining Order issued by the Court, dated August 3, 2011, filed August 4, 2011, shall remain in effect until the

hearing is conducted on December 5, 2011.

Dated: October 26, 2011

/s/ *Michael Cogan*
MICHAEL COGAN, attorney for
YREKA WESTERN RAILROAD.
COMPANY

Dated: October 26, 2011

FRANK LAW GROUP, P.C.

/s/ *Lori J. Gualco*
By: LORI J. GUALCO , attorney for
EDWARD A. AND ROSEMARY T.
TAVARES

**ORDER**

Based on the above Stipulation, IT IS SO ORDERED.

Dated: October 27, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation Extending Temporary Restraining Order and Continuing Hearing on Temporary Restraining Order