1  LORI J. GUALCO (SBN 95232)
   FRANK LAW GROUP, P.C.
2  1517 Lincoln Way
   Auburn, CA 95603
3  Tel: (530) 887-8585
   Fax: (530) 887-8586
4
   Attorneys for Defendants
5  EDWARD A. TAVARES AND ROSEMARY T. TAVARES

6
   MICHAEL COGAN (SBN 65479)
7  Attorney at Law
   1388 Court Street, Suite E
8  Redding, CA 96001
   Tel: (530) 246-1112
9  Fax: (530) 243-6079

10 Attorneys for Plaintiff
   YREKA WESTERN RAILROAD COMPANY
11
                    **UNITED STATES DISTRICT COURT**
12
                    **EASTERN DISTRICT OF CALIFORNIA**
13

| YREKA WESTERN RAILROAD COMPANY, | CASE NO. 2:11-CV-01868-WBS-CMK |
|---|---|
| Plaintiff, | **ORDER CONFIRMING SETTLEMENT AND STAY OF FURTHER PROCEEDINGS** |
| v. | |
| EDWARD A. TAVARES, ROSEMARY T. TAVARES, PLM LENDER SERVICES, INC., | Date: November 9, 2011 |
| | Time: 1:30 p.m. |
| Defendants. | Courtroom.: 5, 14th Floor |
| | Judge William B. Shubb |
| | Settlement Judge Gregory G. Hollows |
| | Complaint Filed: July 18, 2011 |

1

**ORDER CONFIRMING SETTLEMENT AND STAY OF FURTHER PROCEEDINGS**

Pursuant to the Fourth Stipulation of the parties and an Order signed by Judge William B. Shubb, this matter came on regularly for a settlement conference at the above-stated date and time before Magistrate Judge Gregory G. Hollows. Pursuant to the interim Order of Magistrate Judge Hollows, the parties have reached a settlement of this matter which is hereby confirmed by the Court as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that above entitled matter shall be settled pursuant to the stipulation of the parties and the Order of this Court on the following terms:

1. Plaintiff, Yreka Western Railroad Company agrees to pay Defendants Edward A. Tavares and Rosemary T. Tavares the sum of Two Hundred Twenty Five Thousand and no/100 Dollars ($225,000.00) in full satisfaction of all claims in the Action, including that certain Promissory Note dated April 11, 2007 ("Note"), in the principal sum of $175,000.00 and secured by a Deed of Trust of the same date, encumbering the Plaintiff's real and personal property recorded on April 12, 2007, as Document No. 07-00046905 and Defendants agree to accept said sum in full satisfaction of said claims and said Note, inclusive of all interest, foreclosure fees and costs and attorney's fees provided the terms of this settlement are timely met.

2. The payment of the settlement sum of $225,000 will be paid as follows: (a) Plaintiff will pay to Defendants by certified or cashier's check the sum of $25,000 to be delivered to Defendants counsel's office; (b) the current $25,000 cash bond posted by Plaintiff in support of the Temporary Restraining Order issued by this Court will be released to Defendants care of their attorney; and (c) the balance of $175,000 will be paid within ninety (90) days of the issuance of this Order. The initial payment in sub-sections (a) above shall be paid on or before November 23, 2011 and the payment in sub-section (b) above shall be paid by the Court as soon as practicable.

3. All proceedings in this case shall be stayed for 90 days from the issuance of this Order to allow the settlement payments to be complied with by the Plaintiff. During this stay, the Defendants agree that no further foreclosure proceeding (judicial or non-

2
**ORDER CONFIRMING SETTLEMENT AND STAY OF FURTHER PROCEEDINGS**

judicial) will be conducted, and the Defendants will not undertake any further action to collect on the debt. The Temporary Restraining Order issued by this Court is hereby dissolved and the Motion for Preliminary Injunction currently set for hearing on December 5, 2011 at 2:00 p.m. is dismissed, without prejudice, and the hearing is taken off Calendar. The Status (Pre-trial) Conference currently set for hearing on January 9, 2012 at 2:00 p.m. in Courtroom 5 is continued to hearing on **March 5, 2012 at 2:00 p.m**. in Courtroom 5.

4. The cash bond in the sum of $25,000 posted with the Clerk of the Court is hereby released to the Defendants and the Clerk is ordered to pay the bond sum of $25,000 to defendants, Edward A. Tavares and Rosemary T. Tavares, care of their attorney, Lori J. Gualco, Frank Law Group, P.C., 1517 Lincoln Way, Auburn, California 95603.

5. If the full settlement payment of $225,000 is paid within the 90 day stay period, the Plaintiff shall file a request for dismissal with prejudice and this matter will be dismissed with both sides to bear their own attorneys' fees and costs. Upon full payment, Defendants will cause the trustee under the Deed of Trust to record a Deed of Reconveyance of the Deed of Trust in accordance with California law.

6. If the terms of the agreed upon settlement as set forth herein are not met by either party, the stay will be automatically lifted at the end of the 90 day stay period, and the case shall move forward. The terms of this settlement shall then be null and void. All sums due and owing under the terms and conditions of the Note shall be then immediately due and owing, except that Defendants shall credit the payment by Plaintiff of the $50,000 required in Paragraph 2 above to the principal owing as of the date of payment, provided the payment is made by Plaintiff. Defendants agree not to take any action to collect on the Note or foreclose under the terms of the Deed of Trust or California law for a period of 10 days after the end of the 90 day stay period. This 10 day period is to allow Plaintiff time to re-apply for a Temporary Restraining Order. Plaintiff waives any defenses to the payment of the $50,000, except for credit or off-set to principal. The $50,000 payment is non-refundable.

**ORDER CONFIRMING SETTLEMENT AND STAY OF FURTHER PROCEEDINGS**

7.  This Order shall be binding on Defendants' successors and assigns.

Dated:  November 17, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

The parties have stipulated to settle this matter on the terms and conditions stated in the above Order of the Court and have approved the form of the Order.

Dated: November 17, 2011                    FRANK LAW GROUP, P.C.


By /s/ Lori J. Gualco
         LORI J. GUALCO
Attorneys for Defendants EDWARD A. TAVARES
AND ROSEMARY T. TAVARES



Dated: November 17, 2011                    MICHAEL COGAN


/s/ Michael Cogan- authorized 11-17-11
         MICHAEL COGAN
Attorney for Plaintiff YREKA WESTERN
RAILROAD COMPANY