UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| YREKA WESTERN RAILROAD COMPANY, | NO. CIV. 2:11-1868 WBS CMK |
| Plaintiff, | <u>ORDER</u> |
| v. | |
| EDWARD A. TAVARES, ROSEMARY T. TAVARES, PLM LENDER SERVICES, INC., | |
| Defendants. | |

----oo0oo----

        Plaintiff Yreka Western Railroad Company filed this action against defendants Edward A. Tavares, Rosemary T. Tavares, and PLM Lender Services, Inc., seeking to enjoin the foreclosure of plaintiff's property until defendants apply for and obtain approval from the Surface Transportation Board ("STB"). Plaintiff now moves for summary judgment under Federal Rule of Civil Procedure 56. None of the defendants oppose the motion.

        IT IS THEREFORE ORDERED that plaintiff's motion for summary judgment be, and the same hereby is, GRANTED. Defendants

1

are permanently enjoined from selling plaintiff's real property at 300 East Miner Street, Yreka, California, namely, Siskiyou County Assessor's Parcels (APN #'s 054-191-360, -380, and -490) as well as from selling plaintiff's personal property without first seeking and obtaining approval of the Surface Transportation Board.

The cash bond posted by plaintiff the amount of $15,000 is hereby exonerated, and the Clerk of Court is directed to return said sum to the plaintiff and to enter judgment in favor of plaintiff consistent with this Order and close the file.

DATE:  March 7, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE