1 MICHAEL COGAN (SBN 65479)
Attorney at Law
2 1388 Court Street, Suite E
Redding, CA   96001
3 (530)246-1112
(530)243-6079 Fax
4
Attorneys for Plaintiff
5 YREKA WESTERN RAILROAD COMPANY

6

7

8
### UNITED STATES DISTRICT COURT
9
### EASTERN DISTRICT OF CALIFORNIA
10
---o0o---
11

12 YREKA WESTERN RAILROAD | **CASE No. 2:11-CV-01868-WBS-CMK**
COMPANY,
13                         Plaintiff, | **ORDER AND REQUEST OF**
14 vs. | **PLAINTIFF YREKA WESTERN RAILROAD COMPANY FOR**
15 EDWARD A. TAVARES, | **TELEPHONIC APPEARANCE AT THE HEARING ON MOTION FOR**
ROSEMARY T. TAVARES, | **AWARD OF ATTORNEY'S FEES**
PLM LENDER SERVICES, INC. |
16 |
17 Defendant | Date: April 22, 2013
Time: 2:00 p.m.
18 | Courtroom: 5
Judge: Wm. B. Shubb
19

20        To all parties and to their attorneys of record:

21        PLEASE TAKE NOTICE that counsel for Plaintiff Yreka Western Railroad

22 Company hereby requests to appear by telephone at the hearing on the motion of

23 Plaintiff for an award of attorney's fees, now scheduled for hearing on April 22, 2013

24 at 2:00 p.m. in Courtroom 5 of the above-entitled court.

25        PLEASE TAKE FURTHER NOTICE that Michael Cogan, counsel for

26 Plaintiff, will be readily available for the hearing by telephone and can be reached at

27 (530) 246-1112.

28                                   1

---

[Proposed] **ORDER AND REQUEST OF PLAINTIFF YREKA WESTERN RAILROAD COMPANY FOR TELEPHONIC APPEARANCE AT THE HEARING ON MOTION FOR AWARD OF ATTORNEYS FEES**

1    This [proposed] Order was prepared and signed by Michael Cogan, on the date

2  that appears herein below, who maintains a copy of the original manual signature in

3  his file.

4  Dated: March 27, 2013

5                    Law Offices of Michael Cogan

6

7                    By:    /s/ *Michael Cogan*

8                           _____
                            Michael Cogan

9

10

11                              **<u>ORDER</u>**

12    1. Plaintiff's Request for Telephonic Appearance at the hearing on the

13  motion for award of attorney fees is granted.

14    2.  Counsel for Plaintiff may appear telephonically at the hearing on the

15  motion scheduled for April 22, 2013 at 2:00 p.m. in Courtroom 5 of the above-

16  entitled Court.

17    3.  The courtroom deputy shall email counsel with instructions on how to

18  participate in the telephonic conference call.  Counsel shall immediately confirm

19  receipt of said email.

20  Dated:  March 27, 2013

21

22  _____
    WILLIAM B. SHUBB

23  UNITED STATES DISTRICT JUDGE

24

25

26

27

28
                                    2